IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES B. DANT,<br><br>     Plaintiff,<br><br>v.<br><br>GENUINE PARTS COMPANY, TIM WETHERHAUS, DERRICK VAN ARSDOL, and LARRY LARSEN,<br><br>     Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No.  2:12-cv-756-CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

*Pro se* Plaintiff James Dant filed a Complaint against Genuine Parts Company, Tim Wetherhaus, Derrick Van Arsdol, and Larry Larsen (collectively, "Defendants") on August 1, 2012.  (ECF No. 3.)  On September 6, 2012, Defendants moved this Court to dismiss Mr. Dant's Complaint under Federal Rules of Civil Procedure 8(a) and 12(b)(6).[1]  (ECF No. 7.)  Mr. Dant has not filed any opposition to the Defendants' Motion, and the time in which to do so has passed.  The undersigned Magistrate Judge has carefully considered the record in this case and recommends as follows:

**RECOMMENDATION**

For the reasons stated in the Defendants' Motion and Memorandum, and the lack of opposition thereto, the District Court should DISMISS Plaintiff's Complaint without prejudice and grant Plaintiff leave to re-plead.  Plaintiff's new pleading must meet the requirements for pleadings set forth in the case law as discussed in Defendants' Motion to Dismiss.  The Court further recommends that if Plaintiff would like legal assistance with amending his Complaint he

---

[1] District Judge Clark Waddoups referred this case to the undersigned Magistrate Judge under 28 U.S.C. section 636(b)(1)(B).  (ECF No. 5.)

could seek counsel through the Utah State Bar's Modest Means Lawyer Referral Program, *see* http://silk.utahbar.org/members/lawyer-referral/modest-means-online-referral-request/.  A copy of the application for that program is attached to this Order.

The Court will send copies of this Report and Recommendation to all parties, who are hereby notified of their right to object.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  The parties must file any objection to this Report and Recommendation within fourteen (14) days after receiving it.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 5th day of April, 2013.

BY THE COURT:

Evelyn J. Furse
United States Magistrate Judge



## Modest Means Fee Referral Request

**Mail completed application form to:**
Utah State Bar
645 South 200 East
Salt Lake City, Utah 84111
**Questions?**   Call 801-530-6077

---

Full Name _____

Address _____

City _____

State/Zip _____

Area Code/Phone Number _____

Email _____

Number of adults living in your household _____

Number of children living in your household _____

What is your gross household income per month?
(Income from ALL household members must be
documented.)

Wages _____

Social Security/SSDI income _____

Unemployment Compensation _____

Child Support _____

Maintenance _____

Worker's Compensation _____

Other (specify source and amount) _____

What are your bank account balances?

Checking _____

Savings _____

Other _____

Do you own any of the items listed below?  If so, list
the value or balance of each:

Stocks or Bonds _____

Certificates of Deposit _____

Retirement Accounts _____

Investment Accounts _____

Real Property:  Primary residences, secondary etc.

_____

_____

_____

Do you have additional income available to you from
an outside source that you wish to be considered in
determining your income status?
_____
_____

Do you pay child support and/or maintenance?  If so,
what is the amount per month?  (enclose brief
documentation):
_____

Name of opposing party?
_____

Name of opposing attorney (if known):
_____

Name/location of court (if known):
_____

Where would you like the attorney to be located?
(which county):
_____

Do you need an attorney who speaks a language other
than English?  If so, what language?
_____

Do you have any special requirements?
_____

List the names of any attorneys you have already
contacted or attorneys to whom you would NOT want
to be referred.
_____
_____

Please provide a brief description of your legal matter.  (Use back of form or attach additional sheets of paper if necessary.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| **Bankruptcy:** | **Criminal Law:** | **Family Law:** |
|---|---|---|
| [ ] Chapter 7 | [ ] Pre-charging Consultation | [ ] Child Support |
| [ ] Chapter 13 | [ ] Misdemeanors | [ ] Custody |
| | [ ] Ordinance Violations | [ ] Divorce |
| | [ ] Traffic Offenses | [ ] Grandparent's rights |
| | [ ] Expungement | [ ] Maintenance |
| | [ ] Juvenile Court | [ ] Termination of Parental Rights |
| | | [ ] Visitation |
| **Consumer Law:** | **Probate Law:** | **Real Property Law:** |
| [ ] Debt Collection | [ ] Power of Attorney | [ ] Landlord Tenant |
| [ ] Consumer Fraud | [ ] Estate Planning | [ ] Construction |
| [ ] Contracts | [ ] Advanced Health Care Directive | [ ] Mechanics Liens |
| [ ] Identity Theft | [ ] Guardianships | [ ] Foreclosures |
| [ ] Insurance Policy Disputes | [ ] Probates | [ ] Other |
| [ ] Small Claims | | |

    *I certify that the information included on this form is complete and correct to the best of my knowledge.  I also understand that I am participating in Modest Means program that is not free and that I am expected to pay the agreed upon fees between the attorney and myself.*

    *I understand that the Utah State Bar makes no claims, promises, or guarantees about the absolute accuracy, completeness, or adequacy of the attorney(s) working with me on the legal issues and expressly disclaims liability for errors and omissions.  Each attorney is responsible for their own errors and omissions.   No warranty of any kind, implied or expressed, or statutory is being made.*

    *The Utah State Bar does not collect personal information about you unless you choose to provide that information to us or you choose to use a service on this web site where gathering personal information is necessary in order to deliver the service.  The information submitted is used only to provide the requested services and will not be sent on to third parties.  Us of these services is voluntary.*

Signature _____   Date _____

**Don't forget to enclose documentation of income and expenses that you want us to consider.**