IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES B. DANT,<br><br>                Plaintiff,<br><br>v.<br><br>GENUINE PARTS COMPANY, TIM WETHERHAUS, DERRICK VAN ARSDOL, and LARRY LARSEN,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No.  2:12-cv-00756<br><br>Judge Clark Waddoups |

      This case was assigned to Magistrate Judge Evelyn J. Furse on a 28 U.S.C. § 636(b)(1)(B) referral. Before the court is Judge Furse's Report and Recommendation dismissing Plaintiff's Complaint without prejudice and granting Plaintiff leave to re-plead. [Dkt. No 10.] Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure 72(b)(2), the parties were entitled to file any objection to the Report and Recommendation within fourteen (14) days after receipt thereof. No objections were filed. Accordingly, the court adopts the Report and Recommendation in its entirety. Plaintiff's case is hereby dismissed without prejudice with leave to re-plead.

      SO ORDERED this 21st day of May, 2013.

                                                  BY THE COURT:

                                                  Clark Waddoups<br>
                                                  United States District Judge